**Dismissed and Memorandum Opinion filed October 13, 2011.**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-11-00699-CR

_____

**MARIO ROBERTO BONILLA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 337th District Court
Harris County, Texas
Trial Court Cause No. 1287154**

## MEMORANDUM OPINION

A written request to withdraw the notice of appeal in this case, personally signed by appellant, has been filed with this Court. *See* TEX. R. APP. P. 42.2. Because this Court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed. We direct the Clerk of the Court to issue the mandate of the Court immediately.

PER CURIAM

Panel consists of Justices Brown, Boyce, and McCally.
Do Not Publish ─ TEX. R. APP. P. 47.2(b)